UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
SEP 25 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Josue Antonio Gonzalez

Plaintiff(s),

v.

City of Kingston,
James R. Farrell
et.al

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

Case No. _____
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☒ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.  **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II. PLAINTIFF(S) INFORMATION

Name: Jesue Antonio Gonzalez
Prisoner ID #: 564876
Place of detention: Ulster County Correctional Facility
Address: 380 Boulevard
Kingston, NY 12401

Indicate your confinement status when the alleged wrongdoing occurred:
☒ Pretrial detainee
☐ Civilly committed detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

N/A

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III. DEFENDANT(S) INFORMATION

Defendant No. 1: City of Kingston   municipality
Name (Last, First)

Job Title

Work Address

Kingston     NY     12401
City         State  Zip Code

Defendant No. 2: Judge Kirshner official and individual cap.
Name (Last, First)

Kingston City Court Judge
Job Title

2

\_\_\_1 Garranger Drive\_\_\_
Work Address

\_\_Kingston\_\_  \_\_NY\_\_  \_\_12401\_\_
City            State      Zip Code

**Defendant No. 3:** \_\_David J. Clegg official and individual capacity\_\_
Name (Last, First)

\_\_Ulster County District Attorney\_\_
Job Title

\_\_295 Wall Street\_\_
Work Address

\_\_Kingston\_\_  \_\_NY\_\_  \_\_12401\_\_
City            State      Zip Code

**Defendant No. 4:** \_\_Ulster County   Municipality\_\_
Name (Last, First)

_____
Job Title

_____
Work Address

_____  \_\_NY\_\_  _____
City        State      Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

III. DEFENDANTS INFORMATION (cont...) pg. 3a

Defendant No. 5

Name (Last, First): James R. Farell  official and individual cap.
Job Title: — Ulster County Court Judge
Work Address: 285 Wall Street
City: Kingston   State: NY   Zip Code: 12401

Defendant No. 6

Name (Last, First): Judge Gilpatrik
Job Title: Supreme Court Judge
Work Address: 285 Wall Street
City: Kingston   State: NY   Zip Code: 12401

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

1. The basis of the courts jurisdiction to decide this particular case is derived from title 42 of the United States Code §1983.

2. The First party defendant to this case is the Municipality of Ulster County, New York.

3. The Second party defendant to this case is David J. Clegg, District Attorney For the County of Ulster who's place of work and address is 295 Wall St. Kingston NY, 12401.

4. The third party & defendant to this case is Judge Kirshner, Judge of the City of Kingston Court whose place of work and address is 1 Garraghan Drive Kingston, NY 12401.

5. The Fourth party & defendant to this case is James R. Farrell, County Court Judge whose place of work and address is 285 Wall Street Kingston NY 12401.

6. The fifth party & defendant to this case is the City

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

IV. Statement of ~~Assignment~~ (Cont...) pg. 4a
  Fact(s)

of Kingston municipality located in the State of New York.

7. The City of Kingston on or around the date of January 1st 2022 and January 17, 2022 issued an unlawful warrant for my arrest out of the Kingston City Court for which I claim a violation of my 6th amendment, and 5th amendment rights under the United States Constitution against unlawful seizure and right to be informed of the cause and nature of the case against me.

8. David J. Clegg between the dates of December 1, 2021 and January 29, 2022 in the office of the District Attorney of Ulster County committed perjury causing myself to be charged with an Aggravated Family Offense in violation of the laws of New York and criminal contempt in the First degree without the consent of the alleged victim, continuing the action after the Court ordered restoration of communication with the alleged victim which is the alleged protected party of the alleged criminal contempt in the 1st degree upon the order of the Ulster County Family Court order dated October 27, 2017, and further dismissing a similar A.F.O. for the same alleged conduct as the aforementioned and still present A.F.O. linked to and for which I claim a violation of my 14th amendment due process and equal protection of the laws of this state and the United States of America.

9. Ulster County by the acts of its agents including the City Police between the dates of May 1, 2021 and June 30, 2022 have facilitated the enforcement of void or invalid orders of protection forced upon and between the parties subject to 'then'

IV. Statement of ~~[struck]~~ (cont...) pg. 4b
    Fact(s)

linked to and for which I claim violation of the 1st amendment of the Constitution for the United States of America and my right to Free association guaranteed by it and the common law.

10. Judge Kirshner on or about the 29th day of January 2022 failed to establish the proper jurisdiction of the failing to produce or read any accusatory instrument of follow the statuatory requirement of the verbal entry of a plea by myself linked to and for which I claim a violation of my 14th amendment due process rights and equal protection of the law under the Constitution for the United States of America.

11. Judge Gilpatrick on December 28th, 2021 denied my habeus corpus application by denying my in Forma pauperis application stating I must pay the full filing fee upon an inproper finding of my financial circumstance linked to and for which I claim a violation of my 14th amendment due process and equal protection of law under the constitution for the United States of America and right to liberty.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Violation of 1st amendment of Constitution in United States of America and Freedom of association by the City of Kingston and Ulster County municipalities.

### SECOND CLAIM

Violation of my 5th amendment of the Constitution for the United States of America against unlawfull seizure by the City of Kingston municipality.

### THIRD CLAIM

Violation of my 14th amendment and denial of due process and equal protection of the laws by ~~A.D.A.~~ Judge Kirschner, David J. Clegg, James R. Farell, and Judge Gilpatrick.

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

$50,000.00 in monetary relief from each party involved without prejudice to sue for the remainder, order directing Judge Farell to R.O.R.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/25/23

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

## VI. RELIEF REQUESTED (cont...) pg. 5a

the defendant in accordance with the provisions of the Bail Reform Act for failure of the District Attorney's office to produce a timely and complete Discovery AND, ORDER directing Judge Farell to dismiss the criminal contempt 1st° for failure to state a cause of action.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Josue Antonio Gonzalez

**DEFENDANTS**
City of Kingston
James R. Farrell et. al.

(b) County of Residence of First Listed Plaintiff: Ulster
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Ulster
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS - PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- [X] 550 Civil Rights
- 555 Prison Condition
- 560 Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C.A. §1983

Brief description of cause: Conspiracy against civil rights

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 250,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Farrell
DOCKET NUMBER: _____

DATE: _____
SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Josue Antonio Gonzalez
564876
P.O. BOX 300
MARCY, NEW YORK 13403-0300

quadient
FIRST-CLASS MAIL
IMI
$000.87
09/21/2023 ZIP 13403
043M31232360
US POSTAGE

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

SEP 2 5 2023

RECEIVED

NDNY Court
P.O. Box 7367
100 S. Clinton St.
Syracuse, NY 13261